UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JUSTUS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>    Defendants. | No. 1:25-cv-00138-JLT-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTION FOR EXTENSION OF TIME AS UNNECESSARY<br><br>(ECF Nos. 7, 10) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

On February 7, 2025, the Court ordered Plaintiff to show cause why the action should not be dismissed, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 5.) Plaintiff did not file a response, and Findings and Recommendations recommending dismissal of the action were issued on March 11, 2025. (ECF No. 7.)

On March 11, 2025, Plaintiff filed a response to the now-discharged order to show cause, motion for 90-day extension of time for all pending deadlines, and motion to create a class action.[1] (ECF Nos. 8, 9, 10.)

///

---

[1] Plaintiff's motion for class action denied on April 10, 2025. (ECF No. 12.)

1

In response to the order to show cause as the exhaustion of the administrative remedies, Plaintiff contends that the lack of exhaustion of the administrative remedies is not clear from the face of the complaint because the "administrative remedies were unavailable." (ECF No. 8 at 6.)[2] Based on Plaintiff's contentions in the current response to the order to show cause, the Court will vacate the Findings and Recommendations recommending dismissal of the action for failure to exhaust. (ECF No. 7.) However, because exhaustion of the administrative remedies is an affirmative defense, the Court makes no ruling as to whether Plaintiff has, in fact, exhausted the administrative remedies. Inasmuch as the Court will vacate the Findings and Recommendations recommending dismissal for failure to exhaust, Plaintiff's motion for an extension of time to comply with all future deadlines is denied as unnecessary as there are currently no pending deadlines in light of this order. (ECF No. 10.) Plaintiff is advised the Court will screen his complaint pursuant to 28 U.S.C. § 1915A in due course.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on March 11, 2025 (ECF No. 7), are VACATED; and

2. Plaintiff's motion for an extension of time filed on March 12, 2025 (ECF No. 10) is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **April 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[2] Plaintiff also submits that there is a delay of 30 to 60 days in receipt of the mail at the United States Penitentiary in Atwater. (ECF No. 10.)

2